**Order filed February 22, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00057-CV
_____

### OSCAR ROMERO III, Appellant

### V.

### D. R. KIDD COMPANY, INC. D/B/A KIDD ROOFING, Appellee

**On Appeal from the 200th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-17-001123**

## O R D E R

Appellant's brief was due February 12, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 12, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM